Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Northern District of Georgia**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Associated Oral Specialties, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-2508285 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5671 Peachtree Dunwoody Road | 297 East Paces Ferry Road |
| Number        Street | Number        Street |
| Suite 420 | Suite 1006 |
| | P.O. Box |
| Atlanta                    GA      30342 | Atlanta                  GA      30305 |
| City                          State        ZIP Code | City                          State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fulton County | |
| County | Number        Street |
| | |
| | City                          State        ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.associatedoralspecialties.com |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Associated Oral Specialties, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

6212

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____ When _____ Case number _____
                                   MM / DD / YYYY

            District _____ When _____ Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____ Relationship _____

            District _____ When _____
                                       MM / DD / YYYY

            Case number, if known _____

| Debtor | Associated Oral Specialties, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | | State | ZIP Code |
|---|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Associated Oral Specialties, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/14/2019
MM  / DD / YYYY

✖ /s/ Freddie J. Wakefield, Jr.
Signature of authorized representative of debtor

Freddie J. Wakefield, Jr.
Printed name

Title  CEO

**18. Signature of attorney**

✖ /s/ Will Geer
Signature of attorney for debtor

Date  01/14/2019
MM  / DD / YYYY

Will Geer
Printed name

Wiggam & Geer, LLC
Firm name

50 Hurt Plaza, SW, Suite 1245
Number       Street

Atlanta
City

GA
State

30303
ZIP Code

6785878740
Contact phone

wgeer@wiggamgeer.com
Email address

940493
Bar number

GA
State

---

**Fill in this information to identify the case:**

Debtor name ___Associated Oral Specialties, Inc.___

United States Bankruptcy Court for the: ___Northern District of Georgia___
                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................... | $ 0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................... | $ 249,928.96 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................... | $ 249,928.96 |

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............ | $ 1,086,275.42 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................... | $ 0.00 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.......... | +$ 417,519.55 |

4. **Total liabilities** .................................................................................
   Lines 2 + 3a + 3b | $ 1,503,794.97 |

---

**Fill in this information to identify the case:**

Debtor name ___Associated Oral Specialties, Inc.___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Neuronexus1, Inc. 227 Sandy Springs Place Suite D236 Sandy Springs, GA, 30328 | Daryl Wakefield | Monies Loaned / Advanced | | | | 350,000.00 |
| 2 | 3M Unitek Corporation 2724 South Peck Road Monrovia, CA, 91016 | | Suppliers or Vendors | | | | 28,024.68 |
| 3 | Henry Schein, Inc. 80 Summit View Lane Bastian, VA, 24314 | | Monies Loaned / Advanced | | | | 21,000.00 |
| 4 | Benco Dental Company 295 Centerpoint Blvd. Pittston, PA, 18640 | | Suppliers or Vendors | | | | 7,339.91 |
| 5 | Chase Bank, N.A. P.O. Box 15123 Wilmington, DE, 19850 | | Credit Card Debt | | | | 6,000.00 |
| 6 | Southern Anesthesia and Surgical One Southern Court West Columbia, SC, 29169 | | Services | | | | 5,154.96 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    Associated Oral Specialties, Inc.
_____    Case number (if known)_____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name  Associated Oral Specialties, Inc.

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (If known):  _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**          $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Chase Bank, N.A. | Checking | 2  8  1  2 | $ 0.00 |
   | 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

   | 4.1. | $ |
   |---|---|
   | 4.2. | $ |

5. **Total of Part 1**          $ 0.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1. | $ |
   |---|---|
   | 7.2. | $ |

Debtor  Associated Oral Specialties, Inc.
_____
Name

Case number *(if known)*_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                    $_____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    49,928.96     –     0.00         = ........➔   $ 49,928.96
                            face amount          doubtful or uncollectible accounts

11b. Over 90 days old:       0.00          –     0.00         = ........➔   $ 0.00
                            face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.            $ 49,928.96

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                               $_____

Debtor  Associated Oral Specialties, Inc.
Name _____   Case number (if known) _____

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                      $_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor _____ Case number (if known)_____
    Name   Associated Oral Specialties, Inc.

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>See Exhibit "C" (Office Furniture) | $_____ | Liquidation Value | $ 30,000.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>See Exhibit "B" (Computer, Software, A/V, and Phone Equipment) | $_____ | Liquidation | $ 20,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 50,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Associated Oral Specialties, Inc.
Name _____    Case number (if known) _____

---

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See Exhibit "A" (Medical Supply Tools) | $_____ | Liquidation Value | $ 150,000.00 |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

   | $ 150,000.00 |
   |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor    Associated Oral Specialties, Inc.
_____    Case number (if known)_____
Name

---

| **Part 9:** | **Real property** |

54. **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor  Associated Oral Specialties, Inc.
_____
Name

Case number *(if known)* _____

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

_____   _____  —  _____  = ➔   $_____
                                    Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____

_____   Tax year _____   $_____

_____   Tax year _____   $_____

**73. Interests in insurance policies or annuities**

_____   $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim        _____

Amount requested      $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim        _____

Amount requested      $_____

**76. Trusts, equitable or future interests in property**

_____   $_____

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____   $_____

_____   $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Associated Oral Specialties, Inc.
_____
Name

Case number (if known)_____

| **Part 12:** | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 49,928.96 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 50,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 150,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $ 249,928.96 | + $ 0.00 91b. |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. 249,928.96 ..............................................    $ 249,928.96

Exhibit "A"

| Qty | Manufacturer | Item Code | Description | Retail Price | Price | Total |
|---|---|---|---|---|---|---|
| | | | **Mechanical Room:** | | | |
| 1 | MIDMAK | 564-4083 | PowerAir Oilless Comp 5-7 | $10,700.00 | $8,362.00 | $8,362.00 |
| 1 | MIDMAK | 386-2978 | PowerVac G,Single 5 User | $17,000.00 | $13,285.00 | $13,285.00 |
| 1 | MIDMAK | 564-2636 | PowerAir Sound Cover,P32& | $1,975.00 | $1,544.00 | $1,544.00 |
| 1 | MIDMAK | 564-2146 | Water Bypass Syst, 3/4 in | $1,315.00 | $1,028.00 | $1,028.00 |
| 1 | MIDMAK | 386-6978 | Hg5 Amalgam Separator | $1,310.00 | $1,024.00 | $1,024.00 |
| 1 | MIDMAK | 564-3070 | Master Contrl Panl: 1A,2V | $389.00 | $304.00 | $304.00 |
| | | | Subtotal: | $32,689.00 | $25,547.00 | $25,547.00 |
| | | | | | | |
| | | | **Nitrous oxide plumbed System** | | | |
| 4 | ACCUT | 107-6191 | Digtl Ultra Fishmnt Pkg G | $5,636.00 | $4,637.00 | $18,548.00 |
| 4 | ACCUT | 107-1987 | Remote Sliding BRacket Mt | $523.40 | $405.00 | $1,620.00 |
| 1 | ACCUT | 119-6947 | Digi-Flo Auto Swh Manifold | $5,786.00 | $4,760.00 | $4,760.00 |
| 1 | ACCUT | 121-2220 | Delux Portable Oxygen System | $1,523.00 | $1,252.00 | $1,252.00 |
| | | | Subtotal: | $31,946.60 | $11,054.00 | $26,180.00 |
| | | | | | | |
| | | | **Sterilization** | | | |
| 1 | MIDMAK | | Steri Cabinets | $41,678.29 | $37,130.00 | $37,130.00 |
| 1 | MIDMAK | 386-9830 | M11 Ultraclave w/Quiet Door | $6,249.99 | $6,249.99 | $6,249.99 |
| 1 | MIDMAK | 386-3052 | M3 UltraFast Auto Sterilizer | $5,299.99 | $5,299.99 | $5,299.99 |
| 1 | MIDMAK | 387-7197 | VistaCool Dbl Unit f/Conn | $995.00 | $887.00 | $887.00 |
| 1 | SCICAN | 138-1358 | Hydrim G4 Lg.Instru.Washr | $9,299.99 | $9,299.99 | $9,299.99 |
| 1 | L&R | 101-8009 | Maxisweep S310 3 Gallon Tank | $1,199.99 | $1,199.99 | $1,199.99 |
| 1 | L&R | 924-7655 | Draining Basket 12.3Lt/3Gallon | $277.99 | $277.00 | $277.00 |
| 1 | KAVO | 628-0970 | QUATTROcare Plus Maintenance | $2,911.99 | $2,911.99 | $2,911.99 |
| 1 | KAVO | 628-3916 | QUATTROcare MULTIflex Adapter | $108.99 | $108.00 | $108.00 |
| | | | Subtotal: | $68,022.22 | $63,363.95 | $63,363.95 |

Henry Schein Dental
800|645|6594

| Qty | Manufacturer | Item Code | Description | Retail Price | Price | Total |
|---|---|---|---|---|---|---|
| | | | **Surgical Rooms 1 & 2:** | | | |
| | | | | | | |
| 12 | MIDMAK | 109-2364 | 641 Programmable Oral Surgery Chair | $16,884.00 | $14,842.00 | $178,104.00 |
| 2 | MIDMAK | 387-0838 | 641 Chair Upholstery TBD | $1,190.00 | $1,061.00 | $2,122.00 |
| 2 | MIDMAK | 387-6505 | 9" Ceiling Mtd LED Light | $3,795.00 | $3,381.00 | $6,762.00 |
| 2 | MIDMAK | | Surgery 12 O'clock Cabinet | $16,050.06 | $14,299.00 | $28,598.00 |
| 1 | HPRMED | 121-8268 | iM60 EDAN PM With CO2 | $4,899.99 | $4,442.00 | $4,442.00 |
| 1 | HPRMED | 121-0408 | IM60/70/80 Rolling Stand | $299.99 | $297.00 | $297.00 |
| | | | Subtotal: | $249,878.10 | $38,322.00 | $220,325.00 |
| | | | | | | |
| | | | **Open Operatories 1-6** | | | |
| | | | | | | |
| 1 | | | ADEC 511 Chair | $0.00 | $0.00 | $0.00 |
| 6 | ADEC | 492-9044 | Fndtn,511 Chair,No Uph | $10,125.00 | $9,495.00 | $56,970.00 |
| 6 | ADEC | 492-8731 | Seamless Upholstery | $1,560.00 | $1,463.00 | $8,778.00 |
| 6 | ADEC | 492-8563 | Footswitch,Programmable | $495.00 | $465.00 | $2,790.00 |
| 6 | ADEC | 492-8550 | Floor Box,Ctrd,511/311B | $425.00 | $399.00 | $2,394.00 |
| 6 | ADEC | 492-8504 | Acsy Power Cord, 120V | $50.00 | $47.00 | $282.00 |
| 1 | | | ADEC 533 Continental Delivery | $0.00 | $0.00 | $0.00 |
| 6 | ADEC | 492-9046 | Fndtn Price,533 DLXTP | $10,460.00 | $9,809.00 | $58,854.00 |
| 6 | ADEC | 492-8711 | STD Tray HLDR,500 | $430.00 | $404.00 | $2,424.00 |
| 6 | ADEC | 492-9141 | pos[0],4-Hole Tubing | $130.00 | $122.00 | $732.00 |
| 6 | ADEC | 492-9141 | pos[0],4-Hole Tubing | $130.00 | $122.00 | $732.00 |
| 6 | ADEC | 492-9162 | EA53 LED Electric Motor | $2,100.00 | $1,970.00 | $11,820.00 |
| 6 | ADEC | 492-8777 | 533 Adtl Whip | $79.00 | $75.00 | $450.00 |
| 6 | ADEC | 492-8671 | Elec Mtr Ctrl Mod,CM2.2 | $1,675.00 | $1,571.00 | $9,426.00 |
| 1 | AD | | A-dec LED Dental Track LT | $0.00 | $0.00 | $0.00 |
| 6 | ADEC | 492-9100 | Foundation Price 577 LED Light- Track Mou | $5,310.00 | $4,980.00 | $29,880.00 |
| | | | | | | |
| | | | | | | |

| Qty | Manufacturer | Item Code | Description | Retail Price | Price | Total |
|---|---|---|---|---|---|---|
| 1 | | | Cabinets in Open Operatory: | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| 3 | MIDMAK | | Center Cabinets | $18,167.00 | $16,185.00 | $48,555.00 |
| 3 | MIDMAK | | Assitant Side | $4,642.00 | $4,136.00 | $12,408.00 |
| 3 | MIDMAK | | Doctors Side | $6,508.00 | $5,798.00 | $17,394.00 |
| 6 | MIDMAK | | Rear Cabinet | $9,085.00 | $8,094.00 | $48,564.00 |
| 6 | MIDMAK | | PWD with  Assist Package | $3,089.00 | $2,753.00 | $16,518.00 |
| | | | Subtotal: | $358,809.00 | $67,888.00 | $328,971.00 |
| | | | | | | |
| | | | X-Ray Section: | | | |
| | | | | | | |
| 3 | BELMON | 144-1889 | PHOT-xlls IO X-Ray 31-1/2In | $6,525.00 | $5,368.00 | $16,104.00 |
| 1 | ARIBEX | 844-4400 | NOMAD Pro2 60kV X-Ray BLK | $7,995.00 | $7,892.00 | $7,892.00 |
| 1 | | | DEXIS Digital X-ray Solution | $0.00 | $0.00 | $0.00 |
| 1 | DEXIS | 135-9319 | DEXIS Platinum Digital X-Ray Sensor | $10,695.00 | $8,995.00 | $8,995.00 |
| 1 | DEXIS | 134-7078 | DEXIS Software Starter Bundle w/ in-office | $4,995.00 | $3,995.00 | $3,995.00 |
| 1 | DEXIS | 104-6441 | DEXtwain connect OP300 FREE | $1,995.00 | $0.00 | $0.00 |
| | | | | | | |
| 1 | INSTRM | 171-6047 | OP300 Maxio Pan/3D/Ceph | $162,195.00 | $119,995.00 | $119,995.00 |
| 1 | | | Acquisition Computer included | $0.00 | $0.00 | $0.00 |
| 1 | | | 1 full day of on-site training | $0.00 | $0.00 | $0.00 |
| 1 | | | 5 Year Warranty included | $0.00 | $0.00 | $0.00 |
| 1 | | | Shielding Design ProPhysics included | $0.00 | $0.00 | $0.00 |
| 1 | | | FREE attendence of 3D Universit in October | $0.00 | $0.00 | $0.00 |
| 1 | | | Access to Sleep Partner | $0.00 | $0.00 | $0.00 |
| 1 | | | Low Dose Technology included | $0.00 | $0.00 | $0.00 |
| 1 | | | Auto Dose control for 2D & 3D | $0.00 | $0.00 | $0.00 |
| | | | Subtotal: | $207,450.00 | $146,245.00 | $156,981.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Qty | Manufacturer | Item Code | Description | Retail Price | Price | Total |
|-----|-------------|-----------|-------------|-------------|-------|-------|
| | | | **Server and Workstations** | | | |
| 1 | DELLEQ | 822-0715 | Dell Enhanced Server (SVR 2012) | $3,299.99 | $3,299.99 | $3,299.99 |
| 1 | HSDENT | 822-0610 | Server Install - 20 Work | $1,150.00 | $1,150.00 | $1,150.00 |
| 3 | DELLEQ | 822-0738 | Dell Server CAL 5 User | $199.99 | $199.99 | $599.97 |
| 1 | DELLEQ | 822-0726 | Dell 17 LED Monitor | $179.00 | $179.00 | $179.00 |
| 1 | SYNCOR | 127-6465 | Server Battery BackUp APC | $225.95 | $225.95 | $225.95 |
| 3 | SYNCOR | 127-3865 | Patch Cable 7 Ft | $6.57 | $6.57 | $19.71 |
| 1 | GRISOF | 822-0770 | Anti-Virus 1 Server | $55.00 | $55.00 | $55.00 |
| 7 | SYNCOR | 127-2615 | External Backup Drive | $159.95 | $159.95 | $1,119.65 |
| 1 | SYNCOR | 127-8142 | Standard Backup Software | $379.95 | $379.95 | $379.95 |
| 1 | HSDENT | 822-0677 | i-Backup System Install | $160.00 | $160.00 | $160.00 |
| | | | **Network** | | | |
| 1 | DELLEQ | 822-5285 | Dell 24 Port Switch | $379.99 | $379.99 | $379.99 |
| 1 | HSDENT | 822-0654 | i-Switch Install | $40.00 | $40.00 | $40.00 |
| 1 | SYNCOR | 127-7320 | Watchguard Appliance + 3 Yr Security | $1,150.00 | $1,150.00 | $1,150.00 |
| 1 | HSDENT | 822-0689 | Firewall Appliance Install | $100.00 | $100.00 | $100.00 |
| 1 | SYNCOR | 127-1929 | Ruckus Enhanced WAP | $500.00 | $500.00 | $500.00 |
| 1 | SYNCOR | 127-6499 | Ruckus Power Injector | $60.00 | $60.00 | $60.00 |
| 1 | SYNCOR | 127-0121 | Ruckus Licensing | $82.79 | $82.79 | $82.79 |
| 1 | HSDENT | 822-9720 | Ruckus WAP Installation | $220.00 | $220.00 | $220.00 |
| 1 | SYNCOR | 127-9337 | Ruckus Mounting Kit | $35.00 | $35.00 | $35.00 |
| 1 | SYNCOR | 127-1637 | Standard Surge Protection | $14.95 | $14.95 | $14.95 |
| | | | **Front Desk and Business Offices** | | | |
| 5 | DELLEQ | 822-0722 | Dell Power Plus PC | $899.00 | $899.00 | $4,495.00 |
| 5 | HSDENT | 822-0650 | i-Works New | $400.00 | $400.00 | $2,000.00 |
| 1 | DELLEQ | 822-7505 | VidCard HDMI+HDMI (3D) | $219.00 | $219.00 | $219.00 |
| 5 | DELLEQ | 822-1193 | Dell 19 LED Monitor (VGA) | $179.00 | $179.00 | $895.00 |
| 5 | DELLEQ | 822-0737 | Dell OEM MS Office | $229.00 | $229.00 | $1,145.00 |
| 5 | GRISOF | 822-0770 | Anti-Virus 1 User | $55.00 | $55.00 | $275.00 |
| 5 | SYNCOR | 127-7523 | Single Outlet Surge | $9.36 | $9.00 | $45.00 |
| 10 | SYNCOR | 127-3865 | Patch Cable 7 Ft | $6.57 | $6.57 | $65.70 |

Henry Schein Dental
800.645.6594

| Qty | Manufacturer | Item Code | Description | Retail Price | Price | Total |
|-----|--------------|-----------|-------------|-------------|-------|-------|
| 1 | DELLEQ | 822-6874 | Basic All in One | $559.99 | $559.99 | $559.99 |
| 1 | TECDAT | 874-5329 | Elite Laser Printer | $1,195.95 | $1,195.95 | $1,195.95 |
| 2 | HSDENT | 822-0656 | i-Install Printer/Scanner | $100.00 | $100.00 | $200.00 |
| | | | Consult | | | |
| 1 | DELLEQ | 822-0722 | Dell Power Plus PC | $899.00 | $899.00 | $899.00 |
| 1 | HSDENT | 822-0650 | i-Works New | $400.00 | $400.00 | $400.00 |
| 1 | DELLEQ | 822-7505 | VidCard HDMI+HDMI (3D) | $219.00 | $219.00 | $219.00 |
| 1 | DELLEQ | 822-0706 | Wireless Keyboard & Mouse | $79.99 | $79.99 | $79.99 |
| 1 | DELLEQ | 822-8330 | Dell 24 Wide LED Monitor (VGA) | $299.00 | $299.00 | $299.00 |
| 1 | GRISOF | 822-0770 | Anti-Virus 1 User | $55.00 | $55.00 | $55.00 |
| 1 | SYNCOR | 127-7523 | Single Outlet Surge | $9.36 | $9.00 | $9.00 |
| 2 | SYNCOR | 127-3865 | Patch Cable 7 Ft | $6.57 | $6.57 | $13.14 |
| | | | Open Ops and Surgical | | | |
| 8 | DELLEQ | 822-0722 | Dell Power Plus PC | $899.00 | $899.00 | $7,192.00 |
| 8 | HSDENT | 822-0650 | i-Works New | $400.00 | $400.00 | $3,200.00 |
| 8 | DELLEQ | 822-1193 | Dell 19 LED Monitor (VGA) | $179.00 | $179.00 | $1,432.00 |
| 8 | GRISOF | 822-0770 | Anti-Virus 1 User | $55.00 | $55.00 | $440.00 |
| 8 | SYNCOR | 127-7523 | Single Outlet Surge | $9.36 | $9.00 | $72.00 |
| 16 | SYNCOR | 127-3865 | Patch Cable 7Ft | $6.57 | $6.57 | $105.12 |
| | | | 3-D Pan Room | | | |
| 1 | SYNCOR | 127-3654 | LX Vertical CPU Holder | $88.00 | $88.00 | $88.00 |
| 1 | SYNCOR | 127-6412 | LX Vertical Lift | $549.00 | $549.00 | $549.00 |
| 1 | HSDENT | 822-0661 | i-Arm Medium | $120.00 | $120.00 | $120.00 |
| 1 | HSDENT | 822-0662 | I-Arm Large | $175.00 | $175.00 | $175.00 |
| 1 | GRISOF | 822-0770 | Anti-Virus 1 User | $55.00 | $55.00 | $55.00 |
| 1 | SYNCOR | 127-7523 | Single Outlet Surge | $9.36 | $9.00 | $9.00 |
| 2 | SYNCOR | 127-3865 | Patch Cable 7Ft | $6.57 | $6.57 | $13.14 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Qty | Manufacturer | Item Code | Description | Retail Price | Price | Total |
|---|---|---|---|---|---|---|
| | | | Lobby | | | |
| 1 | SYNCOR | 127-9660 | 40ln LED TV (HDMI) | $695.99 | $695.99 | $695.99 |
| 1 | SYNCOR | 127-0438 | Flat Wall 23"" - 46"" TV Mount | $134.99 | $134.99 | $134.99 |
| 1 | HSDENT | 822-0661 | i-Arm Medium | $120.00 | $120.00 | $120.00 |
| 1 | HSDENT | 822-0673 | C-VGA Cable Drop and Terminati | $160.00 | $160.00 | $160.00 |
| 1 | SYNCOR | 117-9026 | Display Port to HDMI Adpt | $25.99 | $25.99 | $25.99 |
| 1 | SYNCOR | 127-0166 | PC Power Cord 15 Feet | $12.99 | $12.99 | $12.99 |
| 1 | SYNCOR | 127-7523 | Single Outlet Surge | $9.36 | $9.00 | $9.00 |
| 1 | SYNCOR | 127-2786 | Samsung BluRay DVD Player | $299.99 | $299.99 | $299.99 |
| | | | Wiring | | | |
| 1 | GRAYBA | 716-1541 | Cat5e Enhanced Patch Panel Kit | $345.74 | $345.74 | $345.74 |
| 22 | HSDENT | 822-0666 | Henry Schein Tech Cable Drop | $140.00 | $140.00 | $3,080.00 |
| 2 | GRAYBA | 716-2697 | Cat5e Data Cabling Kit 2 | $95.00 | $95.00 | $190.00 |
| 2 | GRAYBA | 716-5094 | Cat5e Data Cabling Kit 10 | $499.99 | $499.99 | $999.98 |
| | | | Subtotal: | $41,372.43 | $18,810.03 | $41,366.67 |
| | | | | | | |
| | | | | | | |
| 1 | | | DISCOUNT | ($93,000.00) | ($93,000.00) | ($93,000.00) |

| Qty | Manufacturer | Item Code | Description | Retail Price | Price | Total |
|-----|--------------|-----------|-------------|--------------|-------|-------|
|     |              |           |             |              |       |       |

| ☑ Henry Schein Financial Services | ☐ Cash/Bank Financing | | |
|---|---|---|---|
| SSN*: | SSN*: | Subtotal: | $770,734.60 |
| DOB: | Bank Name: | Freight: | $200.00 |
| Credit Card #: | Bank Officer: | 7.000% Tax: | $53,965.42 |
| Expiration: | Bank Phone: | Discount: $127,432.73 Total: | $824,900.02 |
| | | Deposit: | $82,490.02 |
| | | Balance Due: | $742,410.00 |

**THIS ORDER IS SUBJECT TO HENRY SCHEIN DENTAL TERMS AND CONDITIONS AND ANY SUPPLEMENTAL TERMS AND CONDITIONS PROVIDED WITH PURCHASES HEREUNDER, AND THE PURCHASER AGREES TO BE BOUND THEREBY.**
**Payment Terms: Minimum 10% deposit to initiate order with balance to be paid on the delivery of equipment or , whichever occurs first.**

X_____     _____     X_____     _____
　　Purchaser's Signature　　　　　　　　Date　　　　　　　　Sales Specialist　　　　　　　　　Date

　　7/29/2016

Prices are in effect until　　　　　　　　　Acceptance by Henry Schein Dental　　　　　　　　Date

**Special Instructions**

Exhibit "B"

| Description | Qty | UOM | Price | Total |
|---|---|---|---|---|
| ***Server and Software*** | | | | |
| Dell Poweredge Server..Windows Server 2012..Quad Core Xeon ..32GB Ram, (2) 4TB Sata Hard Drive, Raid..3 YR Warranty | 1 | Each | 3,995.00 | 3,995.00 |
| Dell DRAC for Securing Remote Access to Encrypted Server | 1 | Each | 495.00 | 495.00 |
| Encryption Software for Server | 1 | Each | 149.00 | 149.00 |
| Local 3D Server Backup System with Internalized Hard Drives for Fast Backup and Restore | 1 | Each | 449.00 | 449.00 |
| 3.5" Hard Drive Caddy (F238F) | 1 | Each | 29.00 | 29.00 |
| Battery Backup for Server | 1 | Each | 279.00 | 279.00 |
| 19" Dell Economy LCD for Server | 1 | Each | 99.00 | 99.00 |
| Small Articulating Wall Mount for Server Monitor | 1 | Each | 69.00 | 69.00 |
| Wired Keyboard and Mouse for Server Monitor | 1 | Each | 0.00 | 0.00 |
| Sonicwall VPN Network Router | 1 | Each | 695.00 | 695.00 |
| Wireless Access Point (WAP) | 2 | Each | 129.00 | 258.00 |
| Install and Configure Server | 1 | Each | 895.00 | 895.00 |
| ***Workstations and Accessories*** | | | | |
| PC: Windows 7 Professional..Intel Core i5 Processor..8 GB Ram, 500GB Harddrive..8X DVD+/-RW SATA..3 YR NBD Warranty | 18 | Each | 795.00 | 14,310.00 |
| 22" Dell LCD Monitor | 10 | Each | 219.00 | 2,190.00 |
| 20" Dell LCD Flat Panel Monitor | 8 | Each | 205.00 | 1,640.00 |
| Recommend Microsoft Office 365 | 6 | Each | 0.00 | 0.00 |
| Wireless Keyboard and Mouse | 10 | Each | 79.00 | 790.00 |

Information Technology Specialist for the Dental Industry
Incident #72655 - Page 1

| Item | Qty | Unit | Price | Total |
|------|-----|------|-------|-------|
| Surge Protector for Workstation | 18 | Each | 39.00 | 702.00 |
| Video Card for 3D Viewing/Dual Video | 18 | Each | 129.00 | 2,322.00 |
| Install and Configure Workstations | 18 | Each | 295.00 | 5,310.00 |
| ***Printer and Scanner*** | | | | |
| HP Monochrome LaserJet..Flatbed All-In-One..Print / Scan / Copy / Fax | 1 | Each | 499.00 | 499.00 |
| FD | | | | |
| Epson Duplex Scanner | 1 | Each | 399.00 | 399.00 |
| FD | | | | |
| HP LaserJet Personal Monochrome Printer | 4 | Each | 129.00 | 516.00 |
| DR, Consult, 2=Nurse | | | | |
| ***Pan Mount Option*** | | | | |
| Wall Mount for Monitor with Keyboard Arms | 1 | Each | 299.00 | 299.00 |
| Wall Mount for CPU | 1 | Each | 105.00 | 105.00 |
| Pan Cable Kit - SVGA/Power/USB/Surge | 1 | Each | 129.00 | 129.00 |
| Install wall mounts, run video cable, and configure video | 1 | Each | 195.00 | 195.00 |
| ***Networking and Cabling*** | | | | |
| Network Rack System..Includes:..Wall Mounted Network Rack..Wall Strength Brackets..2 Shelves..24 Port Network Patch Panel..Neat Patch Cable Management..Hardware and Brackets | 1 | Each | 795.00 | 795.00 |
| 24 Port Gigabit Network Switch | 2 | Each | 395.00 | 790.00 |
| 24 Port POE Switch | 1 | Each | 499.00 | 499.00 |
| Conference Room Wiring Kit | 1 | Each | 299.00 | 299.00 |
| Run Cat 5e Cabling for Network | 39 | Each | 120.00 | 4,680.00 |
| Run Cat 5e Cabling for Telephone | 21 | Each | 120.00 | 2,520.00 |

| | | | | |
|---|---|---|---|---|
| Run Coaxial and Cat5e Cabling for Television | 13 | Each | 150.00 | 1,950.00 |
| *Run BNC Cabling for Surveillance Camera* | 12 | Each | 120.00 | 1,440.00 |
| ***Video System*** | | | | |
| 60" LED TV | 1 | Each | 699.00 | 699.00 |
| Conference | | | | |
| 50" LED TV | 2 | Each | 449.00 | 898.00 |
| 2=Lobby | | | | |
| 32" LED TV | 2 | Each | 209.00 | 418.00 |
| DR Lounge, DR Office | | | | |
| Medium Flat/Tilting Wall Mount for TV | 5 | Each | 99.00 | 495.00 |
| Commercial Surge Protector for Television | 5 | Each | 15.00 | 75.00 |
| 25FT HDMI Audio/Video Hi-Definition Cable | 1 | Each | 75.00 | 75.00 |
| Conference Phone | | | | |
| Install wall mounts, run video cable, and configure video | 5 | Each | 195.00 | 975.00 |
| ***Audio System*** | | | | |
| SONOS CONNECT Receiver | 1 | Each | 399.00 | 399.00 |
| 70V Amp for Sonos Player | 1 | Each | 249.00 | 249.00 |
| Ceiling Speaker Assembly | 22 | Each | 69.00 | 1,518.00 |
| Correcting Volume Control - Stainless Steel | 14 | Each | 39.00 | 546.00 |
| Install 22 Ceiling Speakers and 14 Volume Controls | 36 | Each | 60.00 | 2,160.00 |
| ***Telephone System*** | | | | |
| Allworx Network 6x Server for up to 30 users, expandable up to 60 users; includes 4yr extended hardware warranty and 5yr software maintenance package | 1 | Each | 1,800.00 | 1,800.00 |
| Allworx 24 programmable button phone with power supply | 11 | Each | 259.00 | 2,849.00 |

| Description | Qty | Unit | Price | Amount |
|---|---|---|---|---|
| Battery Backup for Allworx Server | 1 | Each | 69.00 | 69.00 |
| 8-outlet AC surge protector,plus protection for 4 telephone or DSL lines, 1 T1/LL & 1 LAN line | 1 | Each | 159.00 | 159.00 |
| Install and configure users and extensions | 1 | Each | 495.00 | 495.00 |
| ***Surveillance Camera System*** | | | | |
| DVR w/ HDD - 16 Port | 1 | Each | 1,499.00 | 1,499.00 |
| Indoor / Outdoor Dome Surveillance Camera | 12 | Each | 99.00 | 1,188.00 |
| Install and configure surveillance camera system | 1 | Each | 195.00 | 195.00 |

| **Information Technology Specialist for the Dental Industry** | **Subtotal** | **$66,552.00** |
|---|---|---|
| | **Sales Tax** | **$3,236.24** |

| **Phone** | **Fax** | | |
|---|---|---|---|
| 770-918-0075 | 770-918-0076 | **Payments Applied** | **$0.00** |

Manage your billing email through our client portal:

| | **Total** | **$69,788.24** |
|---|---|---|

http://portal.dtpartners.com

Your Client ID is 1377

Exhibit "C"

# Proposal

**corporate interiors**

Customer: IMA CORPORATE INTERIORS
Sales Rep: Ashley Cash    cash@imaci.net

2016-13645
9/21/2016

---

AOS| REVISED | 9.13.16

---

**AOS Business:**

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|----------|-----------------|-----|-----------|----------|
| Line: 1 | Global Industries, Inc. - USA Global Seating | 4 | $307.43 | $1,229.72 |

6322-0    VION, Mesh Back, Medium Back, Synchro-Tilter w/ Back
Angle Adjustment, Std Adj. Height & Width T-arms w/ Front to
Back Sliding Armcap, Std Molded Black Base, Std 2" Dual
Wheel Carpet Casters, GLOBAL SEATING USA

Tag1: AOS Business

Item Finishes & Options:
Mesh Back Options (Required) : M-Rope, Mesh Back [MS73]
(MS73)
Single Fabric Upholstered Selection : Grade 04 (~04)
Grade 04 : Allante (~ALLA)
Allante : 1-Light Sand (A25E)
Arm Options (Required) : A-(STD) Height + Width Adj.,
Forward and Back Sliding Armcap (AS)
Lumbar Support Pad Option : (STD) w/o Lumbar Support Pad
(~)
Frame Options (Required) : F-(STD) Black Frame [BLK] (BK)
Cylinder Options : (STD) 4" Soft Descent Cylinder (~)
Caster / Glide Options : C-(STD) Black, 2" Dual-Wheel Caster
[C1] (~)
Memory Foam Option : (STD) (~)
Packing Option : (STD) RTA Code in Pricebook per Model (~)

AOS Business...................................................................................... ..............$1,229.72

**AOS Business Manager:**

# Proposal

**2016-13645**

9/21/2016

Customer: IMACI CORPORATE INTERIORS
Sales Rep: Ashley Cash    cash@imaci.net

## corporate interiors

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 2 | Global Industries, Inc. - USA Global Casegoods & Tables | 1 | $594.33 | $594.33 |
| Z3060F3L | Single Pedestal Desks-Freestanding Box/Box/File Ped on Left and Faux Ped on Right - 29.69D x 60W x 29-29.5H, ZIRA | | | |

Tag1: AOS Business Manager

Item Finishes & Options:
Zira Top Finishes : Zira Top Finishes (~ZTOP)
Zira Top Finishes : 1-Shaker Cherry (SKC)
Zira Chassis Finishes : Zira Chassis Finishes (~ZCHASS)
Zira Chassis Finishes - : 2-Shaker Cherry (SKC)
Laminate Top Option : (STD) Thermally Fused Laminate, High Performance (1" Thick) (~)
Top Thickness/Edge Options (Required) : F-1" Top, 3mm Edge (A3)
Modesty Panel Options : M-3/4 Laminate Modesty Panel (10" A.F.F.) (3MP)
Handle Option : Handle Option (~)
Handle Option : M-Handle - Matte Black (HU)
Lock Finish (Required) : M-Black Lock (BK)
Key Options : C-Key Random (STD) (K-STD)
Grommet/Elelctrical Cut-Out Options - Left Position :
Grommet/Electrical Not Required - Left Position (~)
Grommet/Electrical Cut-Out Options - Center Position :
Grommet/Electrical Not Required - Center Position (~)
Grommet/Elelctrical Cut-Out Options - Right Position :
Grommet/Electrical Not Required - Right Position (~)
Custom Grommet Location (Application Drawing Required) :
Grommet/Electrical Not Required - Custom Grommet Location (~)

Customer: IMCORPORATE INTERIORS

Sales Rep: Ashley Cash    cash@imaci.net

**Proposal**

**2016-13645**

9/21/2016

**corporate interiors**

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|----------|------------------|-----|-----------|----------|
| Line: 3 | Global Industries, Inc. - USA Global Seating | 1 | $307.43 | $307.43 |
| 6322-0 | VION, Mesh Back, Medium Back, Synchro-Tilter w/ Back Angle Adjustment, Std Adj. Height & Width T-arms w/ Front to Back Sliding Armcap, Std Molded Black Base, Std 2" Dual Wheel Carpet Casters, GLOBAL SEATING USA | | | |

Tag1: AOS Business Manager

Item Finishes & Options:
Mesh Back Options (Required) : M-Rope, Mesh Back [MS73] (MS73)
Single Fabric Upholstered Selection : Grade 04 (~04)
Grade 04 : Allante (~ALLA)
Allante : 1-Light Sand (A25E)
Arm Options (Required) : A-(STD) Height + Width Adj., Forward and Back Sliding Armcap (AS)
Lumbar Support Pad Option : (STD) w/o Lumbar Support Pad (~)
Frame Options (Required) : F-(STD) Black Frame [BLK] (BK)
Cylinder Options : (STD) 4" Soft Descent Cylinder (~)
Caster / Glide Options : C-(STD) Black, 2" Dual-Wheel Caster [C1] (~)
Memory Foam Option : (STD) (~)
Packing Option : (STD) RTA Code in Pricebook per Model (~)

| Line: 4 | Global Industries, Inc. - USA Global Seating | 2 | $221.13 | $442.26 |
|----------|------------------|-----|-----------|----------|
| 6325 | VION, Armchair, Wall Saver, Mesh Back, Std 4 Legged Base, Glides, Stacks 4 High on Floor, Stacks 8 High on Dolly, GLOBAL SEATING USA | | | |

Tag1: AOS Business Manager

Item Finishes & Options:
Mesh Back Options (Required) : M-Rope, Mesh Back [MS73] (MS73)
Single Fabric Upholstered Selection : Grade 04 (~04)
Grade 04 : Allante (~ALLA)
Allante : 1-Light Sand (A25E)
Frame Options (Required) : F-(STD) Black Frame [BLK] (BK)
Glide Options : (STD) Black Glide (~)
Packing Option : (STD) RTA Code in Pricebook per Model (~)

Customer: IMC CORPORATE INTERIORS

Sales Rep: Ashley Cash   cash@imaci.net

# Proposal
## 2016-13645
9/21/2016

## corporate interiors

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 5 | Teknion LLC - Complements under $10K List | 1 | $118.13 | $118.13 |
| YEYPCUG | Power Cube, Power/USB, Grommet Kit | | | |

Tag1: AOS Business Manager

Item Finishes & Options:
Case Finish : *D* Gris (95)
Country of Installation : United States or Canada (A)

AOS Business Manager.................................................................... ...............$1,462.15

## AOS Conference Rm:

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 6 | Global Industries, Inc. - USA Global Casegoods & Tables | 1 | $71.84 | $71.84 |
| A-BL-B-B-B | Telecom Plates-Black plate, (3) RJ45 CAT6 data, TABLE POWER | | | |

Tag1: AOS Conference Rm

Item Finishes & Options:
Split Cables Off Factory Order - Required (Order Entry) : M-
Split Cables Off Factory Order - Required (Order Entry) (ECA)

| Line: 7 | Global Industries, Inc. - USA Global Casegoods & Tables | 1 | $116.16 | $116.16 |
|---|---|---|---|---|
| A-BL-C45-C51-L | Telecom Plates-Black plate, (1) HDMI F/F with 36" patchcord, TABLE POWER | | | |

Tag1: AOS Conference Rm

Item Finishes & Options:
Split Cables Off Factory Order - Required (Order Entry) : M-
Split Cables Off Factory Order - Required (Order Entry) (ECA)

| Line: 8 | Global Industries, Inc. - USA Global Casegoods & Tables | 1 | $641.45 | $641.45 |
|---|---|---|---|---|
| OAM-A-PC-B | Oasis Mini A, Corded, Black,15" troughw/ 6 receptacles, and telecom plate cutouts - sold separate, TABLE POWER | | | |

Tag1: AOS Conference Rm

Item Finishes & Options:
Split Cables Off Factory Order - Required (Order Entry) : M-
Split Cables Off Factory Order - Required (Order Entry) (ECA)

Customer: IMA CORPORATE INTERIORS
Sales Rep: Ashley Cash    cash@imaci.net

corporate interiors

# Proposal

## 2016-13645
### 9/21/2016

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 9 | Global Industries, Inc. - USA Global Casegoods & Tables | 1 | $1,776.93 | $1,776.93 |

**Z48120REE**

Boardroom table. 2 doors on base for wire management access on both sides. 120Wx48Dx29.5H, ZIRA

Tag1: AOS Conference Rm

Item Finishes & Options:
Laminate Top Option : (STD) Thermally Fused Laminate, High Performance (1" Thick) (~)
Zira Top Finishes : Zira Top Finishes (~ZTOP)
Zira Top Finishes : 1-Shaker Cherry (SKC)
Table Thickness/ Edge Options (Required) : F-1.5" Top, 3mm Edge (C3)
Zira Laminate Outer Base Finishes : Zira Laminate Outer Base Finishes (~ZBASE)
Zira Laminate Outer Base Finishes - : 2-Shaker Cherry (SKC)
Zira Inner Base Trim Finish (Required) : M-Black, Inner Base Trim (BLK)
Grommet/Electrical Options - Left Position :
Grommet/Electrical Not Required - Left Position (~)
Grommet/Electrical Options - Center Position :
Grommet/Electrical Options - Center Position (~POS2)
Grommet/Electrical Cut-Out Options - Center Position : M-Oasis Cut-Out (Spec Elec. Box Sep.) (M2)
Grommet/Electrical Options - Right Position :
Grommet/Electrical Not Required - Right Position (~)
Custom Grommet Location (Application Drawing Required) :
Grommet/Electrical Not Required - Custom Grommet Location (~)

# corporate interiors

# Proposal

## 2016-13645
9/21/2016

Sales Rep: Ashley Cash    cash@imaci.net

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 10 | Global Industries, Inc. - USA Global Seating | 10 | $323.76 | $3,237.60 |
| 6321-0 | VION, Mesh Back, High Back, Synchro-Tilter w/ Back Angle Adjustment, Std Adj. Height & Width T-arms w/ Front to Back Sliding Armcap, Std Molded Black Base, Std 2" Dual Wheel Carpet Casters, GLOBAL SEATING USA | | | |

Tag1: AOS Conference Rm

Item Finishes & Options:
Mesh Back Options (Required) : M-Rope, Mesh Back [MS73] (MS73)
Single Fabric Upholstered Selection : Grade 04 (~04)
Grade 04 : Allante (~ALLA)
Allante : 1-Light Sand (A25E)
Arm Options (Required) : A-(STD) Height + Width Adj., Forward and Back Sliding Armcap (AS)
Lumbar Support Pad Option : (STD) w/o Lumbar Support Pad (~)
Frame Options (Required) : F-(STD) Black Frame [BLK] (BK)
Cylinder Options : (STD) 4" Soft Descent Cylinder (~)
Caster / Glide Options : C-(STD) Black, 2" Dual-Wheel Caster [C1] (~)
Memory Foam Option : (STD) (~)
Packing Option : (STD) RTA Code in Pricebook per Model (~)

AOS Conference Rm....................................................................................................$5,843.98

AOS Consult:

Customer: IMACI CORPORATE INTERIORS
Sales Rep: Ashley Cash   cash@imaci.net

# Proposal

## 2016-13645
9/21/2016

**corporate interiors**

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 11 | Global Industries, Inc. - USA Global Casegoods & Tables | 1 | $594.33 | $594.33 |

**Z3060F3L**   Single Pedestal Desks-Freestanding Box/Box/File Ped on Left and Faux Ped on Right - 29.69D x 60W x 29-29.5H, ZIRA

Tag1: AOS Consult

Item Finishes & Options:
Zira Top Finishes : Zira Top Finishes (~ZTOP)
Zira Top Finishes : 1-Shaker Cherry (SKC)
Zira Chassis Finishes : Zira Chassis Finishes (~ZCHASS)
Zira Chassis Finishes - : 2-Shaker Cherry (SKC)
Laminate Top Option : (STD) Thermally Fused Laminate, High Performance (1" Thick) (~)
Top Thickness/Edge Options (Required) : F-1" Top, 3mm Edge (A3)
Modesty Panel Options : Laminate Full to Floor Modesty (STD) (~)
Handle Option : Handle Option (~)
Handle Option : M-Handle - Matte Black (HU)
Lock Finish (Required) : M-Black Lock (BK)
Key Options : C-Key Random (STD) (K-STD)
Grommet/Elelctrical Cut-Out Options - Left Position :
Grommet/Electrical Not Required - Left Position (~)
Grommet/Electrical Cut-Out Options - Center Position :
Grommet/Electrical Not Required - Center Position (~)
Grommet/Elelctrical Cut-Out Options - Right Position :
Grommet/Electrical Not Required - Right Position (~)
Custom Grommet Location (Application Drawing Required) :
Grommet/Electrical Not Required - Custom Grommet Location (~)

# Proposal

**2016-13645**

9/21/2016

Customer: D_ACQ BRORA PARTNERS ORS4

Sales Rep: Ashley Cash    cash@imaci.net

## corporate interiors

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 12 | Global Industries, Inc. - USA Global Seating | 1 | $307.43 | $307.43 |
| 6322-0 | VION, Mesh Back, Medium Back, Synchro-Tilter w/ Back Angle Adjustment, Std Adj. Height & Width T-arms w/ Front to Back Sliding Armcap, Std Molded Black Base, Std 2" Dual Wheel Carpet Casters, GLOBAL SEATING USA | | | |

Tag1: AOS Consult

Item Finishes & Options:
Mesh Back Options (Required) : M-Rope, Mesh Back [MS73] (MS73)
Single Fabric Upholstered Selection : Grade 04 (~04)
Grade 04 : Allante (~ALLA)
Allante : 1-Light Sand (A25E)
Arm Options (Required) : A-(STD) Height + Width Adj., Forward and Back Sliding Armcap (AS)
Lumbar Support Pad Option : (STD) w/o Lumbar Support Pad (~)
Frame Options (Required) : F-(STD) Black Frame [BLK] (BK)
Cylinder Options : (STD) 4" Soft Descent Cylinder (~)
Caster / Glide Options : C-(STD) Black, 2" Dual-Wheel Caster [C1] (~)
Memory Foam Option : (STD) (~)
Packing Option : (STD) RTA Code in Pricebook per Model (~)

| | | | | |
|---|---|---|---|---|
| Line: 13 | Global Industries, Inc. - USA Global Seating | 2 | $221.13 | $442.26 |
| 6325 | VION, Armchair, Wall Saver, Mesh Back, Std 4 Legged Base, Glides, Stacks 4 High on Floor, Stacks 8 High on Dolly, GLOBAL SEATING USA | | | |

Tag1: AOS Consult

Item Finishes & Options:
Mesh Back Options (Required) : M-Rope, Mesh Back [MS73] (MS73)
Single Fabric Upholstered Selection : Grade 04 (~04)
Grade 04 : Allante (~ALLA)
Allante : 1-Light Sand (A25E)
Frame Options (Required) : F-(STD) Black Frame [BLK] (BK)
Glide Options : (STD) Black Glide (~)
Packing Option : (STD) RTA Code in Pricebook per Model (~)

Customer: IMA CORPORATE INTERIORS
Sales Rep: Ashley Cash   cash@imaci.net

# corporate interiors

**Proposal**

**2016-13645**

9/21/2016

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 14 | Teknion LLC - Complements under $10K List | 1 | $118.13 | $118.13 |
| YEYPCUG | Power Cube, Power/USB, Grommet Kit | | | |

Tag1: AOS Consult

Item Finishes & Options:
Case Finish : *D* Gris (95)
Country of Installation : United States or Canada (A)

AOS Consult.................................................................................................$1,462.15

## AOS Dr Lounge:

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 15 | Global Industries, Inc. - USA Global Casegoods & Tables | 1 | $454.85 | $454.85 |
| GRB28 | 28" Dia x 28"H, Round Base, Seating Height, Plate Base w/ 3" Dia x 27.5"h Column, Fully Assembled, 1/2" Adj. Glides, Use w/ Either GxBT42,48, GRxxWTP or GBTxWTP Top, SWAP, TABLES | | | |

Tag1: AOS Dr Lounge

Item Finishes & Options:
SWAP Base Finishes : SWAP Base Finishes (~SBASE)
SWAP Base Finishes : 1-Tungsten (TUN)

| Line: 16 | Global Industries, Inc. - USA Global Casegoods & Tables | 1 | $165.61 | $165.61 |
|---|---|---|---|---|
| GRBTP42 | 42" Dia x 1"H, Round, Top Only, 1 Base Required, Use w/ GRB28 Base, SWAP, TABLES | | | |

Tag1: AOS Dr Lounge

Item Finishes & Options:
Laminate Top Option : (STD) Thermally Fused Laminate, High Performance (1" Thick) (~)
SWAP Laminate Top Finishes : SWAP Laminate Top Finishes (~SLAM)
SWAP Laminate Top Finishes : 1-Shaker Cherry (SKC)

**corporate interiors**

Customer: IMA CORPORATE INTERIORS

Sales Rep: Ashley Cash    cash@imaci.net

**Proposal**

**2016-13645**

9/21/2016

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 17 | Global Industries, Inc. - USA Global Seating | 1 | $305.56 | $305.56 |
| 3870 | WIND, 24" Dia x 17"h, Round Table w/ Laminate Top, Std Metal Frame, GLOBAL SEATING USA | | | |

Tag1: AOS Dr Lounge

Item Finishes & Options:
Wind Laminate Top Options : Wind Laminate Top Options (~WLTP)
Wind Laminate Top Options : 1-Shaker Cherry [SKC] (SKC)
Metal Leg Finish (Required) : M-Black Legs [BLK] (L-BLK)

| Line: 18 | Global Industries, Inc. - USA Global Seating | 4 | $307.43 | $1,229.72 |
|---|---|---|---|---|
| 6322-0 | VION, Mesh Back, Medium Back, Synchro-Tilter w/ Back Angle Adjustment, Std Adj. Height & Width T-arms w/ Front to Back Sliding Armcap, Std Molded Black Base, Std 2" Dual Wheel Carpet Casters, GLOBAL SEATING USA | | | |

Tag1: AOS Dr Lounge

Item Finishes & Options:
Mesh Back Options (Required) : M-Rope, Mesh Back [MS73] (MS73)
Single Fabric Upholstered Selection : Grade 04 (~04)
Grade 04 : Allante (~ALLA)
Allante : 1-Light Sand (A25E)
Arm Options (Required) : A-(STD) Height + Width Adj., Forward and Back Sliding Armcap (AS)
Lumbar Support Pad Option : (STD) w/o Lumbar Support Pad (~)
Frame Options (Required) : F-(STD) Black Frame [BLK] (BK)
Cylinder Options : (STD) 4" Soft Descent Cylinder (~)
Caster / Glide Options : C-(STD) Black, 2" Dual-Wheel Caster [C1] (~)
Memory Foam Option : (STD) (~)
Packing Option : (STD) RTA Code in Pricebook per Model (~)

# Proposal

**2016-13645**
9/21/2016

**corporate interiors**

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 19 | Global Industries, Inc. - USA Global Seating | 4 | $207.13 | $828.52 |
| 6324 | VION, Side Chair, Wall Saver, Mesh Back, Armless, Std 4 Legged Base, Glides, Stacks 4 High on Floor, Stacks 8 High on Dolly, GLOBAL SEATING USA | | | |

Tag1: AOS Dr Lounge

Item Finishes & Options:
Mesh Back Options (Required) : M-Rope, Mesh Back [MS73] (MS73)
Single Fabric Upholstered Selection : Grade 04 (~04)
Grade 04 : Allante (~ALLA)
Allante : 1-Light Sand (A25E)
Frame Options (Required) : F-Tungsten Frame [TUN] (TU)
Glide Options : (STD) Black Glide (~)
Packing Option : (STD) RTA Code in Pricebook per Model (~)

| | | | | |
|---|---|---|---|---|
| Line: 20 | Global Industries, Inc. - USA Global Seating | 1 | $790.04 | $790.04 |
| ML2630 | ML, 26"w x 30"d x 34"h, Lounge Chair, Std Steel Frame, Glides, GLOBAL SEATING USA | | | |

Tag1: AOS Dr Lounge

Item Finishes & Options:
Dual Fabric Upholstered Selection : Grade 08 (~08)
Grade 04 Seat : Allante (~ALLA)
Allante : 1-Pearl Grey Seat (A46E)
Grade 09 Back : ARCCOM (~ARCCOM)
MOONBEAM #2 : MOONSTONE #24 Back (AC-60581)
Frame Options (Required) : F-Black Frame [BLK] (BK)
Fixed Back Cushion Option : M-Fixed Back Cushion (FC)

| | | | | |
|---|---|---|---|---|
| Line: 21 | Global Industries, Inc. - USA Global Seating | 1 | $1,857.31 | $1,857.31 |
| ML6634 | ML Park, Overall 66"w x 34"d x 32"h, 2 Seat Sofa w/ Back Cushion (Behind Middle Cushion Only ), Std Steel Frame , Glides, GLOBAL SEATING USA | | | |

Tag1: AOS Dr Lounge

Item Finishes & Options:
Dual Fabric Upholstered Selection : Grade 08 (~08)
Grade 04 Seat : Allante (~ALLA)
Allante : 1-Pearl Grey Seat (A46E)
Grade 09 Back : ARCCOM (~ARCCOM)
MOONBEAM #2 : MOONSTONE #24 Back (AC-60581)
Frame Options (Required) : F-Black Frame [BLK] (BK)
Fixed Back Cushion Option : M-Fixed Back Cushion (FC)

**Proposal**

Customer: IMACI CORPORATE INTERIORS

Sales Rep: Ashley Cash    cash@imaci.net

**2016-13645**

9/21/2016

corporate interiors

AOS Dr Lounge............................................................................................ ..............$5,631.61

## AOS Nurse Stations:

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 22 | Global Industries, Inc. - USA Global Seating | 4 | $402.60 | $1,610.40 |

6332-0MO    VION MO, Upholstered Back w/ Matching Outer Back
Upholstery, Medium Back, Synchro-Tilter w/ Back Angle
Adjustment, Std Adj. Height & Width T-arms w/ Front to Back
Sliding Armcap, Std Molded Black Base, Std 2" Dual Wheel
Carpet Casters, GLOBAL SEATING USA

Tag1: AOS Nurse Stations

Item Finishes & Options:
Single Fabric Upholstered Selection : Grade 04 (~04)
Grade 04 : Allante (~ALLA)
Allante : 1-Light Sand (A25E)
Arm Options (Required) : A-(STD) Height + Width Adj.,
Forward and Back Sliding Armcap (AS)
Lumbar Support Pad Option : (STD) w/o Lumbar Support Pad
(~)
Frame Options (Required) : F-(STD) Black Frame [BLK] (BK)
Caster / Glide Options : C-Black, 2.5" Dual-Wheel Urethane
Caster (C9R)
Memory Foam Option : (STD) (~)

AOS Nurse Stations................................................................................... ..............$1,610.40

## AOS Pre Post Op:

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 23 | Global Industries, Inc. - USA Global Seating | 2 | $268.71 | $537.42 |

6335MO    VION MO, Armchair, Wall Saver, Upholstered Back w/
Matching Outer Back Upholstery, Std 4 Legged Base, Glides,
Stacks 4 High on Floor, Stacks 8 High on Dolly, GLOBAL
SEATING USA

Tag1: AOS Pre Post Op

Item Finishes & Options:
Single Fabric Upholstered Selection : Grade 04 (~04)
Grade 04 : Allante (~ALLA)
Allante : 1-Light Sand (A25E)
Frame Options (Required) : F-(STD) Black Frame [BLK] (BK)
Glide Option : (STD) Black Glide (~)

AOS Pre Post Op.......................................................................................... ..................$537.42

**Proposal**

Customer: IMA CORPORATE INTERIORS

Sales Rep: Ashley Cash   cash@imaci.net

**2016-13645**

9/21/2016

corporate interiors

## AOS Private Office:

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|----------|-----------------|-----|-----------|----------|
| Line: 24 | Global Industries, Inc. - USA Global Casegoods & Tables | 1 | $252.85 | $252.85 |
| Z2448ER | Right Flush Return w/no pedestal - 24D x 48W x 29H, ZIRA | | | |

Tag1: AOS Private Office

Item Finishes & Options:
Laminate Top Option : (STD) Thermally Fused Laminate, High Performance (1" Thick) (~)
Zira Top Finishes : Zira Top Finishes (~ZTOP)
Zira Top Finishes : 1-Shaker Cherry (SKC)
Modesty Height Options : M-3/4 Modesty Panel (10" A.F.F) (3MP)
Zira Chassis Finishes : Zira Chassis Finishes (~ZCHASS)
Zira Chassis Finishes - : 2-Shaker Cherry (SKC)
Table Thickness/ Edge Options (Required) : F-1" Top, 3mm Edge (A3)
Grommet/Elelctrical Cut-Out Options - Left Position : Grommet/Electrical Not Required - Left Position (~)
Grommet/Electrical Cut-Out Options - (STD) Center Position : Grommet/Electrical Cut-Out Options - Center Position (~POS2)
Grommet/Electrical Cut-Out Options - Center Position : M-Removal of Grommet w/ Cover (RSG)
Grommet/Elelctrical Cut-Out Options - Right Position : Grommet/Electrical Not Required - Right Position (~)
Custom Grommet Location (Application Drawing Required) : Grommet/Electrical Not Required - Custom Grommet Location (~)

Customer: IMA CORPORATE INTERIORS
Customer: IMA CORPORATE INTERIORS
Sales Rep: Ashley Cash    cash@imaci.net

# Proposal

**2016-13645**

9/21/2016

corporate interiors

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 25 | Global Industries, Inc. - USA Global Casegoods & Tables | 1 | $632.12 | $632.12 |

**Z3072F3L** — Single Pedestal Desks-Freestanding Box/Box/File Ped on Left and Faux Ped on Right - 29.69D x 72W x 29-29.5H, ZIRA

Tag1: AOS Private Office

Item Finishes & Options:
Laminate Top Option : (STD) Thermally Fused Laminate, High Performance (1" Thick) (~)
Zira Top Finishes : Zira Top Finishes (~ZTOP)
Zira Top Finishes : 1-Shaker Cherry (SKC)
Zira Chassis Finishes : Zira Chassis Finishes (~ZCHASS)
Zira Chassis Finishes - : 2-Shaker Cherry (SKC)
Top Thickness/Edge Options (Required) : F-1" Top, 3mm Edge (A3)
Modesty Panel Options : Laminate Full to Floor Modesty (STD) (~)
Handle Option : Handle Option (~)
Handle Option : M-Handle - Matte Black (HU)
Lock Finish (Required) : M-Black Lock (BK)
Key Options : C-Key Random (STD) (K-STD)
Grommet/Elelctrical Cut-Out Options - Left Position : Grommet/Electrical Not Required - Left Position (~)
Grommet/Electrical Cut-Out Options - Center Position : Grommet/Electrical Not Required - Center Position (~)
Grommet/Elelctrical Cut-Out Options - Right Position : Grommet/Electrical Not Required - Right Position (~)
Custom Grommet Location (Application Drawing Required) : Grommet/Electrical Not Required - Custom Grommet Location (~)

| | | | | |
|---|---|---|---|---|
| Line: 26 | Global Industries, Inc. - USA Global Casegoods & Tables | 1 | $506.63 | $506.63 |

**Z30M2XN SL** — 28" H Storage Shell -W/2 Box Drawers on Left/Open Shelf on Right/1 Lat. File on Bottom - 19.3D x 30W x 28H, ZIRA

Tag1: AOS Private Office

Item Finishes & Options:
Zira Storage Base Finishes : Zira Storage Base Finishes (~ZBSE)
Zira Storage Base Finishes : 1-Shaker Cherry (SKC)
Convert File to Box Box Option (Pos.1) : File Drawer (STD) (~)
Collator Options : M-Black Collator, Pos. 2 (2K)
Handle Option (Required) : Handle Option (Required) (~HAN)
Handle Option (Required) - : P-Handle - Matte Black (HU)
Key Options : C-Key Random (STD) (K-STD)

Customer: IMACI CORPORATE INTERIORS
Sales Rep: Ashley Cash   cash@imaci.net

# Proposal

**2016-13645**

9/21/2016

## corporate interiors

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 27 | Global Industries, Inc. - USA Global Seating | 1 | $305.56 | $305.56 |
| 3870 | WIND, 24" Dia x 17"h, Round Table w/ Laminate Top, Std Metal Frame, GLOBAL SEATING USA | | | |

Tag1: AOS Private Office

Item Finishes & Options:
Wind Laminate Top Options : Wind Laminate Top Options (~WLTP)
Wind Laminate Top Options : 1-Shaker Cherry [SKC] (SKC)
Metal Leg Finish (Required) : M-Black Legs [BLK] (L-BLK)

| Line: 28 | Global Industries, Inc. - USA Global Seating | 1 | $323.76 | $323.76 |
|---|---|---|---|---|
| 6321-0 | VION, Mesh Back, High Back, Synchro-Tilter w/ Back Angle Adjustment, Std Adj. Height & Width T-arms w/ Front to Back Sliding Armcap, Std Molded Black Base, Std 2" Dual Wheel Carpet Casters, GLOBAL SEATING USA | | | |

Tag1: AOS Private Office

Item Finishes & Options:
Mesh Back Options (Required) : M-Rope, Mesh Back [MS73] (MS73)
Single Fabric Upholstered Selection : Grade 04 (~04)
Grade 04 : Allante (~ALLA)
Allante : 1-Light Sand (A25E)
Arm Options (Required) : A-(STD) Height + Width Adj., Forward and Back Sliding Armcap (AS)
Lumbar Support Pad Option : (STD) w/o Lumbar Support Pad (~)
Frame Options (Required) : F-(STD) Black Frame [BLK] (BK)
Cylinder Options : (STD) 4" Soft Descent Cylinder (~)
Caster / Glide Options : C-(STD) Black, 2" Dual-Wheel Caster [C1] (~)
Memory Foam Option : (STD) (~)
Packing Option : (STD) RTA Code in Pricebook per Model (~)

Customer: IMA CORPORATE INTERIORS
Sales Rep: Ashley Cash   cash@imaci.net

# Proposal

**2016-13645**

9/21/2016

corporate interiors

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 29 | Global Industries, Inc. - USA Global Seating | 2 | $229.74 | $459.48 |

**6325**   VION, Armchair, Wall Saver, Mesh Back, Std 4 Legged Base, Glides, Stacks 4 High on Floor, Stacks 8 High on Dolly, GLOBAL SEATING USA

Tag1: AOS Private Office

Item Finishes & Options:
Mesh Back Options (Required) : M-Rope, Mesh Back [MS73] (MS73)
Single Fabric Upholstered Selection : Grade 04 (~04)
Grade 04 : Allante (~ALLA)
Allante : 1-Light Sand (A25E)
Frame Options (Required) : F-(STD) Black Frame [BLK] (BK)
Glide Options : (STD) Black Glide (~)
Packing Option : (STD) RTA Code in Pricebook per Model (~)

| Line: 30 | Global Industries, Inc. - USA Global Seating | 1 | $1,857.31 | $1,857.31 |
|---|---|---|---|---|

**ML6634**   ML Park, Overall 66"w x 34"d x 32"h, 2 Seat Sofa w/ Back Cushion (Behind Middle Cushion Only ), Std Steel Frame , Glides, GLOBAL SEATING USA

Tag1: AOS Private Office

Item Finishes & Options:
Dual Fabric Upholstered Selection : Grade 08 (~08)
Grade 04 Seat : Allante (~ALLA)
Allante : 1-Light Sand Seat (A25E)
Grade 10 Back : ARCCOM (~ARCCOM)
MURANO : BUTTERSCOTCH #2 Back (AC-69771)
Frame Options (Required) : F-Black Frame [BLK] (BK)
Fixed Back Cushion Option : M-Fixed Back Cushion (FC)

| Line: 31 | Teknion LLC - Complements under $10K List | 1 | $118.13 | $118.13 |
|---|---|---|---|---|

**YEYPCUG**   Power Cube, Power/USB, Grommet Kit

Tag1: AOS Private Office

Item Finishes & Options:
Case Finish : *D* Gris (95)
Country of Installation : United States or Canada (A)

AOS Private Office.................................................................................................. ...............$4,455.84

**AOS Reception:**

Customer: IMA CORPORATE INTERIORS

Sales Rep: Ashley Cash    cash@imaci.net

# Proposal

## 2016-13645

9/21/2016

corporate interiors

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|----------|-----------------|-----|-----------|----------|
| Line: 32 | Global Industries, Inc. - USA Global Seating | 4 | $307.43 | $1,229.72 |

6322-0    VION, Mesh Back, Medium Back, Synchro-Tilter w/ Back
Angle Adjustment, Std Adj. Height & Width T-arms w/ Front to
Back Sliding Armcap, Std Molded Black Base, Std 2" Dual
Wheel Carpet Casters, GLOBAL SEATING USA

Tag1: AOS Reception

Item Finishes & Options:
Mesh Back Options (Required) : M-Rope, Mesh Back [MS73]
(MS73)
Single Fabric Upholstered Selection : Grade 04 (~04)
Grade 04 : Allante (~ALLA)
Allante : 1-Light Sand (A25E)
Arm Options (Required) : A-(STD) Height + Width Adj.,
Forward and Back Sliding Armcap (AS)
Lumbar Support Pad Option : (STD) w/o Lumbar Support Pad
(~)
Frame Options (Required) : F-(STD) Black Frame [BLK] (BK)
Cylinder Options : (STD) 4" Soft Descent Cylinder (~)
Caster / Glide Options : C-(STD) Black, 2" Dual-Wheel Caster
[C1] (~)
Memory Foam Option : (STD) (~)
Packing Option : (STD) RTA Code in Pricebook per Model (~)

AOS Reception......................................................................................................$1,229.72

## AOS Staff Lounge:

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|----------|-----------------|-----|-----------|----------|
| Line: 33 | Global Industries, Inc. - USA Global Casegoods & Tables | 1 | $454.85 | $454.85 |

GRB28    28" Dia x 28"H, Round Base, Seating Height, Plate Base w/ 3"
Dia x 27.5"h Column, Fully Assembled, 1/2" Adj. Glides, Use
w/ Either GxBT42,48, GRxxWTP or GBTxWTP Top, SWAP,
TABLES

Tag1: AOS Staff Lounge

Item Finishes & Options:
SWAP Base Finishes : SWAP Base Finishes (~SBASE)
SWAP Base Finishes : 1-Tungsten (TUN)

# corporate interiors

**Proposal**

**2016-13645**

9/21/2016

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 34 | Global Industries, Inc. - USA Global Casegoods & Tables | 1 | $165.61 | $165.61 |
| GRBTP42 | 42" Dia x 1"H, Round, Top Only, 1 Base Required, Use w/ GRB28 Base, SWAP, TABLES | | | |

Tag1: AOS Staff Lounge

Item Finishes & Options:
Laminate Top Option : (STD) Thermally Fused Laminate, High Performance (1" Thick) (~)
SWAP Laminate Top Finishes : SWAP Laminate Top Finishes (~SLAM)
SWAP Laminate Top Finishes : 1-Shaker Cherry (SKC)

| | | | | |
|---|---|---|---|---|
| Line: 35 | Global Industries, Inc. - USA Global Seating | 4 | $77.44 | $309.76 |
| 6621 | DUET, Armless, Wall Saver, Plastic Seat & Back, Std Sled Base, Chrome Frame, Std Non-Marking Glides, Stacks 12 High on Floor, 40 High on Dolly, GLOBAL SEATING USA | | | |

Tag1: AOS Staff Lounge

Item Finishes & Options:
Polypropylene Back / Seat Selections : Polypropylene Back / Seat Selections (~DPLS)
Polypropylene Back / Seat Selections : 1-Latte Beige [LAB] (LAB)
Frame (Required) : F-Chrome Frame [CH] (CH)
Packaging Option : (STD) Fully Assembled (~)

| | | | | |
|---|---|---|---|---|
| Line: 36 | Global Industries, Inc. - USA Global Seating | 3 | $166.08 | $498.24 |
| 6661 | DUET, 24"h, Counter Height Stool, Armless, Wall Saver, Plastic Seat & Back, Std Sled Base, Chrome Frame, Std Non-Marking Glides, Stacks 5 High on Floor, GLOBAL SEATING USA | | | |

Tag1: AOS Staff Lounge

Item Finishes & Options:
Polypropylene Back / Seat Selections : Polypropylene Back / Seat Selections (~DPLS)
Polypropylene Back / Seat Selections : 1-Latte Beige [LAB] (LAB)
Frame (Required) : F-Chrome Frame [CH] (CH)

AOS Staff Lounge......................................................................................... ..............$1,428.46

AOS Waiting:

Customer: IMA CORPORATE INTERIORS
Sales Rep: Ashley Cash   cash@imaci.net

# Proposal

**2016-13645**

9/21/2016

## corporate interiors

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 37 | Global Industries, Inc. - USA Global Seating | 5 | $341.48 | $1,707.40 |
| 3365 | CAPRICE, Armchair, Std 4 Legged Base, Std Bullet Style Glides, Does not Stack, GLOBAL SEATING USA | | | |

Tag1: AOS Waiting

Item Finishes & Options:
Single Fabric Upholstered Selection : Grade 08 (~08)
Grade 08 : Palatine (ARC) (~PALA)
Palatine (ARC) : 1-Sand (PA45)
Frame Options (Required) : F-Black Frame [BLK] (BK)
Glide Option : (STD) Bullet Style Glide (~)
Packing Option : (STD) RTA Code in Pricebook per Model (~)

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 38 | Global Industries, Inc. - USA Global Seating | 1 | $733.32 | $733.32 |
| 7701NA | RIVER, 24.5"w x 29.5"d x 32"h, Lounge Chair, Armless, Std with Metal legs, Ganging Hardware Included (Both Sides), Electrical Option Available, GLOBAL SEATING USA | | | |

Tag1: AOS Waiting

Item Finishes & Options:
Dual Fabric Upholstered Selection : Grade 08 (~08)
Grade 04 Seat : Allante (~ALLA)
Allante : 1-Pearl Grey Seat (A46E)
Grade 09 Back : ARCCOM (~ARCCOM)
MOONBEAM #2 : MOONSTONE #24 Back (AC-60581)
Leg Finish Options (Required) : F-Round Black Legs [BLK] (R2)
Power/USB Module Left Side (Seated) : Power/USB Module not Required, Left Side (Seated) (~)
Power/USB Module Right Side (Seated) : Power/USB Module not Required, Right Side (Seated) (~)

Customer: IMA CORPORATE INTERIORS

Sales Rep: Ashley Cash   cash@imaci.net

# Proposal

## 2016-13645
9/21/2016

**corporate interiors**

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 39 | Global Industries, Inc. - USA Global Seating | 3 | $1,167.61 | $3,502.83 |
| 7704NA | RIVER, 48.5"w x 29.5"d x 32"h, 2 Seat Sofa, Armless, Std with Metal legs, Ganging Hardware Included (Both Sides), Electrical Option Available, GLOBAL SEATING USA | | | |

Tag1: AOS Waiting

Item Finishes & Options:
Dual Fabric Upholstered Selection : Grade 08 (~08)
Grade 04 Seat : Allante (~ALLA)
Allante : 1-Pearl Grey Seat (A46E)
Grade 09 Back : ARCCOM (~ARCCOM)
MOONBEAM #2 : MOONSTONE #24 Back (AC-60581)
Leg Finish Options (Required) : F-Round Black Legs [BLK] (R2)
Power/USB Module Left Side (Seated) : Power/USB Module not Required, Left Side (Seated) (~)
Power/USB Module Right Side (Seated) : Power/USB Module not Required, Right Side (Seated) (~)

| | | | | |
|---|---|---|---|---|
| Line: 40 | Global Industries, Inc. - USA Global Seating | 1 | $1,904.32 | $1,904.32 |
| 7707NA | RIVER, 72.5"w x 29.5"d x 32"h, 3 Seat Sofa, Armless, Std with Metal legs, Ganging Hardware Included (Both Sides), Electrical Option Available, GLOBAL SEATING USA | | | |

Tag1: AOS Waiting

Item Finishes & Options:
Dual Fabric Upholstered Selection : Grade 08 (~08)
Grade 04 Seat : Allante (~ALLA)
Allante : 1-Pearl Grey Seat (A46E)
Grade 09 Back : ARCCOM (~ARCCOM)
MOONBEAM #2 : MOONSTONE #24 Back (AC-60581)
Leg Finish Options (Required) : F-Round Black Legs [BLK] (R2)
Power/USB Module Left Side (Seated) : Power/USB Module not Required, Left Side (Seated) (~)
Power/USB Module Right Side (Seated) : Power/USB Module not Required, Right Side (Seated) (~)

Sales Rep: Ashley Cash    cash@imaci.net

# Proposal

**2016-13645**
9/21/2016

## corporate interiors

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 41 | Global Industries, Inc. - USA Global Seating | 4 | $1,697.36 | $6,789.44 |

7711NA    RIVER, 55"w x 29.5"d x 41.5"h, Inside Curve, High Back, 2 Seater, Armless, Std with Metal legs, Ganging Hardware Included (Both Sides), Electrical Option Available, GLOBAL SEATING USA

Tag1: AOS Waiting

Item Finishes & Options:
Dual Fabric Upholstered Selection : Grade 08 (~08)
Grade 04 Seat : Allante (~ALLA)
Allante : 1-Light Sand Seat (A25E)
Grade 10 Back : ARCCOM (~ARCCOM)
MURANO : BUTTERSCOTCH #2 Back (AC-69771)
Leg Finish Options (Required) : F-Round Black Legs [BLK] (R2)
Power/USB Module Left Side (Seated) : Power/USB Module not Required, Left Side (Seated) (~)
Power/USB Module Right Side (Seated) : Power/USB Module not Required, Right Side (Seated) (~)

| | | | | |
|---|---|---|---|---|
| Line: 42 | Global Industries, Inc. - USA Global Seating | 2 | $1,614.48 | $3,228.96 |

7716    RIVER, 38"w x 29.5"d x 32"h, Corner Unit, Corner Sofa, Armless, Std with Metal legs, Ganging Hardware Included (Both Sides), Electrical Option Available, GLOBAL SEATING USA

Tag1: AOS Waiting

Item Finishes & Options:
Dual Fabric Upholstered Selection : Grade 08 (~08)
Grade 04 Seat : Allante (~ALLA)
Allante : 1-Pearl Grey Seat (A46E)
Grade 09 Back : ARCCOM (~ARCCOM)
MOONBEAM #2 : MOONSTONE #24 Back (AC-60581)
Leg Finish Options (Required) : F-Round Black Legs [BLK] (R2)
Power/USB Module Left Side (Seated) : Power/USB Module not Required, Left Side (Seated) (~)
Power/USB Module Right Side (Seated) : Power/USB Module not Required, Right Side (Seated) (~)

Customer: IMA CORPORATE INTERIORS

Sales Rep: Ashley Cash   cash@imaci.net

# Proposal

**2016-13645**

9/21/2016

## corporate interiors

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 43 | Global Industries, Inc. - USA Global Seating | 1 | $512.69 | $512.69 |
| 7734 | RIVER, 36" Dia. x 17"h, Round Coffee Table, Electrical Option Available, Cannot Gang, High Pressure Laminate Only, GLOBAL SEATING USA | | | |

Tag1: AOS Waiting

Item Finishes & Options:
River Laminate Options : River Laminate Options (~RVL)
River Laminate Options : 1-Brushed Cobalt (SPCL)
Leg Finish Options (Required) : F-Round Black Legs [BLK] (R2)
Power/USB Module Coffee/ End Tables (Primary Location) :
Power/USB Module not Required, Top Center (Primary
Location) (~)

| | | | | |
|---|---|---|---|---|
| Line: 44 | Global Industries, Inc. - USA Global Seating | 1 | $416.13 | $416.13 |
| 7738 | RIVER, 15"w x 26.5"d x 17"h, Rectangular End Table, Electrical Option Available, Ganging Hardware Included (Both Sides), High Pressure Laminate Only, GLOBAL SEATING USA | | | |

Tag1: AOS Waiting

Item Finishes & Options:
River Laminate Options : River Laminate Options (~RVL)
River Laminate Options : 1-Brushed Cobalt (SPCL)
Leg Finish Options (Required) : F-Round Black Legs [BLK] (R2)
Power/USB Module Coffee/ End Tables (Primary Location) :
Power/USB Module not Required, Top Rear/Edge (Primary
Location) (~)

| | | | | |
|---|---|---|---|---|
| Line: 45 | Global Industries, Inc. - USA Global Seating | 4 | $712.36 | $2,849.44 |
| 7738 | RIVER, 15"w x 26.5"d x 17"h, Rectangular End Table, Electrical Option Available, Ganging Hardware Included (Both Sides), High Pressure Laminate Only, GLOBAL SEATING USA | | | |

Tag1: AOS Waiting

Item Finishes & Options:
River Laminate Options : River Laminate Options (~RVL)
River Laminate Options : 1-Brushed Cobalt (SPCL)
Leg Finish Options (Required) : F-Round Black Legs [BLK] (R2)
Power/USB Module Coffee/ End Tables (Primary Location) : M-
Black, Power/USB Module, Top Rear/Edge (Primary Location)
[BLK] (J4)

# Proposal

**corporate interiors**

Customer: IMA CORPORATE INTERIORS
Sales Rep: Ashley Cash    cash@imaci.net

**2016-13645**
9/21/2016

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 46 | Global Industries, Inc. - USA Global Seating | 2 | $247.25 | $494.50 |
| 7743 | RIVER, 18" Dia. x 25.25"h, Round Laptop Table, Top sits above Arm, Base Slides under Sofa, Electrical Option not Available, Cannot Gang, High Pressure Laminate Only, GLOBAL SEATING USA | | | |

Tag1: AOS Waiting

Item Finishes & Options:
River Laminate Options : River Laminate Options (~RVL)
River Laminate Options : 1-Brushed Cobalt (SPCL)
Base Finish Options (Required) : F-Round Black Legs [BLK] (R2)

| Line: 47 | Global Industries, Inc. - USA Global Seating | 3 | $874.38 | $2,623.14 |
|---|---|---|---|---|
| 8481U | ORION, 29"w x 31"d x 34.5"h, Lounge Chair, Std w/ Upholstered Armcaps, Std w/ Wood Legs, GLOBAL SEATING USA | | | |

Tag1: AOS Waiting

Item Finishes & Options:
Dual Fabric Upholstered Selection : Grade 08 (~08)
Grade 04 Seat : Allante (~ALLA)
Allante : 1-Pearl Grey Seat (A46E)
Grade 09 Back : ARCCOM (~ARCCOM)
MOONBEAM #2 : MOONSTONE #24 Back (AC-60581)
Tablet Options : M-Brushed Cobalt, Right Hand Tablet [BRC] (RTBRC)
Wood Leg Finish Options (Required) : F-Shaker Cherry, Wood Legs [SKM] (SK)

AOS Waiting.................................................................................................$24,762.17

LABOR:

Customer: IMAC CORPORATE INTERIORS

# corporate interiors

**Proposal**

**2016-13645**

9/21/2016

Sales Rep: Ashley Cash    cash@imaci.net

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 48 | OSSI Inc., Office Systems Installations - Installation Services | 1 | $3,904.41 | $3,904.41 |

Quote 51382

Labor to receive and install the following product after hours, normal site conditions, no stairs, single phase:

Surgical Nurse:  2 Task Chairs
Pre/Post Op:  2 Task Chairs
Nurse Station:  2 Task Chairs
Consult Rm:  Desk, grmt cut, 1 task chair, 2 guest chair
Business:  4 Task Chairs
Reception:  4 Task Chairs
Business Mgr Office:  Desk, grmt cut, 1 task chair, 2 guest chair
Waiting Room:  3 Orion chairs, 5 Caprice Chairs, 2 small occasional tables, 1 coffee table, 1 S-Shaped River sectional, 2 L-Shaped River Sectionals
Private Office: 1 L-Shaped Desk, grmt cut, 1 task chair, 2 guest chairs, 1 ML Lounge Chair & 1 occasional table
Dr's Lounge:  1 round mtg table w/ 4 chairs,4 task chairs, 2 Lounge chairs & 1 occasional table
Conference:  1 Zira conf table, 10 conf chairs
Staff Lounge:  1 round mtg table w/ 4 chairs & 3 counter height Duet stools

*Revised 9/15 to subtract 4 desks in Doctor's Lounge

Tag1: LABOR

LABOR.................................................................................. .............$3,904.41

| Item No. | Item Description | Qty | Item Sell | Ext Sell |
|---|---|---|---|---|
| Line: 49 | Teknion LLC - Freight Charges | 1 | $70.00 | $70.00 |

Teknion LLC Complements under $10K List Freight Charge

## Item Grouping Summary:

- AOS Business Totals: $1,229.72
- AOS Business Manager Totals: $1,462.15
- AOS Conference Rm Totals: $5,843.98
- AOS Consult Totals: $1,462.15
- AOS Dr Lounge Totals: $5,631.61
- AOS Nurse Stations Totals: $1,610.40
- AOS Pre Post Op Totals: $537.42
- AOS Private Office Totals: $4,455.84

Customer: IMA CORPORATE INTERIORS

Sales Rep: Ashley Cash   cash@imaci.net

# Proposal

**2016-13645**
9/21/2016

## corporate interiors

- AOS Reception Totals: $1,229.72
- AOS Staff Lounge Totals: $1,428.46
- AOS Waiting Totals: $24,762.17
- LABOR Totals: $3,904.41

| | |
|---|---|
| Subtotal | $53,628.03 |
| Tax | $3,977.89 |
| Total Amount | $57,605.92 |

Pay to:
IMA Corporate Interiors, LLC
Peachtree Dunwoody Road, Suite 210
Atlanta Georgia, 30328
Tel: 678-393-1299 Fax: 678-393-1297

Accepted by: _____   Date: _____

**Fill in this information to identify the case:**

Debtor name _____Associated Oral Specialties, Inc._____

United States Bankruptcy Court for the: __Northern District of Georgia__ ___ of ___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
Citizens Bank

Describe debtor's property that is subject to a lien
All inventory, furniture, a/r, accounts, equipment, machinery, etc.

Column A: $758,000.00   Column B: $249,928.96

Creditor's mailing address
PO Box 1900
Elizabethton, TN 37644

Creditor's email address, if known

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
Dedicated Funding

Describe debtor's property that is subject to a lien
See Exhibit "A" (Medical Supply Tools)

$155,280.91    $150,000.00

Creditor's mailing address
860 E. 4500 South
Salt Lake City, UT 84107

Creditor's email address, if known

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.
   Dedicated Funding, 1st; Financial Pacific Leasing, 2nd
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $ 1,086,275.42

Debtor    Associated Oral Specialties, Inc.
          Name                                                          Case number (if known)_____

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name
Financial Pacific Leasing

Creditor's mailing address

3455 South 344th Way
Suite 300, Auburn, WA 98001

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**

See Exhibit "A" (Medical Supply Tools)

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $69,758.51
Column B: $150,000.00

---

**2.4** Creditor's name
High Speed Capital, LLC

Creditor's mailing address

116 Nassau Street
Suite 804, New York, NY 10038

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

A/R

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $15,000.00
Column B: $0.00

---

| Debtor | Associated Oral Specialties, Inc. | Case number (if known) |
| | Name | |

| **Part 1:** | **Additional Page** | | Column A | Column B |
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** Creditor's name
Lendini

Creditor's mailing address

884 Town Center Drive
Langhorne, PA 19047

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

A/R

$40,000.00     $0.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.6** Creditor's name
Pawnee Leasing Corporation

Creditor's mailing address

3801 Automation Way
Suite 207, Fort Collins, CO 80526

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See Exhibit "B" (Computer, Software, A/V, and Phone Equipment)

$8,236.00     $20,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  Associated Oral Specialties, Inc._____  Case number _(if known)_____
        Name

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** Creditor's name

The Fundworks, LLC
_____

Creditor's mailing address

5990 N. Sepulveda Blvd.
_____
Suite 310, Van Nuys, CA 91411
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account _____
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                                        ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

A/R

**Describe the lien**

Agreement you made
_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $40,000.00

Column B: $0.00

---

**2.___** Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account _____
number

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                                        ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

Is the creditor an insider or related party?

☐ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____

Column B: $_____

---

Debtor    Associated Oral Specialties, Inc.
_____     Case number (*if known*)_____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor: Associated Oral Specialties, Inc.

United States Bankruptcy Court for the: Northern District of Georgia

Case number
(if known): _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Georgia Department of Revenue
Bankruptcy Section
P.O. Box 161108
Atlanta, GA, 30321-0000

As of the petition filing date, the claim is:  $ 0.00    $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA, 19101-7346

As of the petition filing date, the claim is:  $ 0.00    $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:  $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor     Associated Oral Specialties, Inc.                                    Case number (if known)
           Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
3M Unitek Corporation
2724 South Peck Road
Monrovia, CA, 91016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 28,024.68

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**
**Nonpriority creditor's name and mailing address**
Benco Dental Company
295 Centerpoint Blvd.
Pittston, PA, 18640

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 7,339.91

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**
**Nonpriority creditor's name and mailing address**
Chase Bank, N.A.
P.O. Box 15123

Wilmington, DE, 19850

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Credit Card Debt

$ 6,000.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4**
**Nonpriority creditor's name and mailing address**
Henry Schein, Inc.
80 Summit View Lane
Bastian, VA, 24314

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Monies Loaned / Advanced

$ 21,000.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5**
**Nonpriority creditor's name and mailing address**
Neuronexus1, Inc.
227 Sandy Springs Place
Suite D236
Sandy Springs, GA, 30328

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Monies Loaned / Advanced

$ 350,000.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6**
**Nonpriority creditor's name and mailing address**
Southern Anesthesia and Surgical
One Southern Court
West Columbia, SC, 29169

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services

$ 5,154.96

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Associated Oral Specialties, Inc.                      Case number *(if known)*_____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 417,519.55 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 417,519.55 |

**Fill in this information to identify the case:**

Debtor name  Associated Oral Specialties, Inc.

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (If known): _____   Chapter  11

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Debtor is Lessee of real property. Lessee | LHT North Atlanta, LLC<br>353 North Clark St.<br>Suite 3300<br>Chicago, IL, 60654 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  Associated Oral Specialties, Inc.

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Freddie J. Wakefie | Freddie J. Wakefield, Jr.<br>297 East Paces Ferry Road<br>Suite 1006<br>Atlanta, GA, 30305 | Citizens Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Freddie J. Wakefie | Freddie J. Wakefield, Jr.<br>297 East Paces Ferry Road<br>Suite 1006<br>Atlanta, GA, 30305 | The Fundworks, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Freddie J. Wakefie | Freddie J. Wakefield, Jr.<br>297 East Paces Ferry Road<br>Suite 1006<br>Atlanta, GA, 30305 | Lendini | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Freddie J. Wakefie | Freddie J. Wakefield, Jr.<br>297 East Paces Ferry Road<br>Suite 1006<br>Atlanta, GA, 30305 | Pawnee Leasing Corporat | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | Freddie J. Wakefie | Freddie J. Wakefield, Jr.<br>297 East Paces Ferry Road<br>Suite 1006<br>Atlanta, GA, 30305 | Financial Pacific Leasing | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Freddie J. Wakefie | Freddie J. Wakefield, Jr.<br>297 East Paces Ferry Road<br>Suite 1006<br>Atlanta, GA, 30305 | Dedicated Funding | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Associated Oral Specialties, Inc.
_____
Name

Case number (if known)_____

| | |
|---|---|
| ▉ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Freddie J. Wakefie | Freddie J. Wakefield, Jr.<br>297 East Paces Ferry Road<br>Suite 1006<br>Atlanta, GA, 30305 | Chase Bank, N.A. | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | Freddie J. Wakefie | Freddie J. Wakefield, Jr.<br>297 East Paces Ferry Road<br>Suite 1006<br>Atlanta, GA, 30305 | LHT North Atlanta, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.9 | Neuronexus, Inc. | Neuronexus, Inc.<br>297 East Paces Ferry Road<br>Suite 1006<br>Atlanta, GA, 30305 | Citizens Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | Daryl S. Wakefield | Daryl S. Wakefield<br>297 East Paces Ferry Road<br>Suite 1006<br>Atlanta, GA, 30305 | Citizens Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Associated Oral Specialties, Inc.___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/14/2019<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | $ 15,000.00 |
   | **For prior year:** | From 01/01/2018<br>MM / DD / YYYY | to | 12/31/2018<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 799,889.00 |
   | **For the year before that:** | From 01/01/2017<br>MM / DD / YYYY | to | 12/31/2017<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 481,204.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
   from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
   | **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor    Associated Oral Specialties, Inc.
          _____     Case number *(if known)*_____
          Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name | _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| | | _____ | | |
| | | _____ | | |
| 3.2. | _____ Creditor's name | _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| | | _____ | | |
| | | _____ | | |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ Insider's name | _____ | $_____ | |
| | | _____ | | |
| | | _____ | | |
| | **Relationship to debtor** _____ | | | |
| 4.2. | _____ Insider's name | _____ | $_____ | |
| | | _____ | | |
| | | _____ | | |
| | **Relationship to debtor** _____ | | | |

| Debtor | Associated Oral Specialties, Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Financial Pacific Leasing | Writ of Possession | _____ | $_____ |
| Creditor's name<br>3455 South 344th Way<br>Suite 300<br>Auburn, WA 98001 | | | |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

---

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Citizens Bank v. Associated Oral Specialties, Inc., Daryl Wakefield, and Freddie Wakefield | Contract | Superior Court of Fulton County | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>2018CV306631 | | 136 Pryor St.<br>Atlanta, GA 30303 | |
| 7.2. **Case title**<br>Henry Schein, Inc. | | **Court or agency's name and address**<br>State Court of Fulton County | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>18EV003905 | Contract | 185 Central Ave SW<br>30303 | |

---

Debtor  Associated Oral Specialties, Inc.
_____
Name

Case number (if known)_____

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

---

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

Debtor     Associated Oral Specialties, Inc.
_____     Case number (if known)_____
           Name

---

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.** Wiggam & Geer, LLC _____ | | 01/2019 | $ 30,300.00 |
| **Address** | | | |
| 50 Hurt Plaza, SW, Suite 1245 Atlanta, GA 30303 | | | |
| **Email or website address** wgeer@wiggamgeer.com | | | |
| **Who made the payment, if not debtor?** Daryl Wakefield | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.2.** _____ | | _____ | $_____ |
| **Address** | | | |
| | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

---

Debtor   Associated Oral Specialties, Inc.                              Case number *(if known)*_____
_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

| Debtor | Associated Oral Specialties, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☑ diagnosing or treating injury, deformity, or disease, or

☑ providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Associated Oral Specialties, Inc. | Dentist; Oral Surgery | _____ |
| | Facility name | | |
| | 5671 Peachtree Dunwoody Road, Suite 420 Atlanta, GA 30342 | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | 5671 Peachtree Dunwoody Road, Suite 420, Atlanta, GA 30342 | *Check all that apply:*<br>☑ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____ | | _____ |
| | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained. private medical data and personally identifiable information

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No
☐ Yes

---

Debtor    Associated Oral Specialties, Inc.                                    Case number (if known)_____
     Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

| Debtor | Associated Oral Specialties, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ Name | | | $_____ |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

| Debtor | Associated Oral Specialties, Inc. | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ Dates business existed From _____  To _____ |
| 25.2. | _____ Name | | EIN: _____ Dates business existed From _____  To _____ |
| 25.3. | _____ Name | | EIN: _____ Dates business existed From _____  To _____ |

---

Debtor    Associated Oral Specialties, Inc.
_____    Case number (if known)_____
Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Freddie J. Wakefield, Jr.<br>_____<br>Name | From 04/17/2017<br>To 01/14/2019 |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

---

Debtor    Associated Oral Specialties, Inc.
_____     Case number *(if known)*_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____ <br> Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  Citizens Bank <br> Name <br> PO Box 1900, Elizabethon, TN 37644 |

| Name and address |
|---|
| 26d.2. _____ <br> Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ <br> Name |

| Debtor | Associated Oral Specialties, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  _____
Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Freddie J. Wakefield, Jr. | 297 East Paces Ferry Road Suite 1006, Atlanta, GA 30305 | CEO and Owner | 100 |
| Daryl Wakefield | 297 East Paces Ferry Road, NE Suite 1006, Atlanta, GA 30305 | CFO | 0 |
| | | | |
| | | | |
| | | | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |
| _____ | _____ | _____ | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Freddie J. Wakefield, Jr. | 72,000.00 | _____ | Distribution |
| Name | | | |
| 297 East Paces Ferry Road Suite 1006 Atlanta, GA 30305 | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| CEO | | _____ | |

Debtor  Associated Oral Specialties, Inc.
        _____        Case number *(if known)*_____
        Name

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | _____ | | _____ |
| | Name | | _____ |
| | | | _____ |
| | | | _____ |
| | Relationship to debtor | | |
| | _____ | | _____ |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/14/2019
             ‾‾‾‾‾‾‾‾‾‾‾‾‾
             MM / DD / YYYY

✖ /s/ Freddie J. Wakefield, Jr.
   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾          Printed name  Freddie J. Wakefield, Jr.
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor   CEO
                                        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name _Associated Oral Specialties, Inc._____  Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**7) Legal Actions**

**Dedicated Funding, LLC**

**189916315**

**Contract**

**Third District Court, Salt Lake County, Utah**

**3636 Constitution Blvd., Salt Lake City, UT 84119**

**Pending**

**-------**

**Financial Pacific Leasing, Inc. v. Associated Oral Specialities, Inc.., et al**

**2018CV309803**

**Writ of Possession**

**Superior Court of Fulton County**

**136 Pryor St., Atlanta, GA 30303**

**Pending**

**-------**

**Pawnee Leasing Corporation v. Associated Oral Specialties, Inc.**

**18EV003327**

**Contract**

**State Court of Fulton County**

**185 Central Ave SW, Atlanta, GA 30303**

**Pending**

**-------**

---

**Fill in this information to identify the case and this filing:**

Debtor Name ____Associated Oral Specialties, Inc._____

United States Bankruptcy Court for the: ____Northern District of Georgia_____

Case number (*If known*): _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### ◾ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule ____*

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___01/14/2019___          ✘ /s/ Freddie J. Wakefield, Jr.
            MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                        Freddie J. Wakefield, Jr.
                                        Printed name

                                        CEO
                                        Position or relationship to debtor

---

**United States Bankruptcy Court**

**IN RE:**                                                          Case No._____

Associated Oral Specialties, Inc.
_____ Chapter   <u>  11  </u>_____

**LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Freddie J. Wakefield, Jr.<br>297 East Paces Ferry Road Suite 1006, Atlanta, GA 30305 | 100 | Other (Sole Shareholder) |
| Daryl Wakefield<br>297 East Paces Ferry Road, NE Suite 1006, Atlanta, GA 30305 | 0 | |

United States Bankruptcy Court

Northern District of Georgia

In re:  Associated Oral Specialties, Inc.

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

      The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____01/14/2019_____

/s/ Freddie J. Wakefield, Jr.
_____
Signature of Individual signing on behalf of debtor

CEO
_____
Position or relationship to debtor

3M Unitek Corporation
2724 South Peck Road
Monrovia, CA 91016


Benco Dental Company
295 Centerpoint Blvd.
Pittston, PA 18640


Chase Bank, N.A.
P.O. Box 15123
Wilmington, DE 19850


Citizens Bank
PO Box 1900
Elizabethton, TN 37644


Dedicated Funding
860 E. 4500 South
Salt Lake City, UT 84107


Financial Pacific Leasing
3455 South 344th Way
Suite 300
Auburn, WA 98001


Freddie J. Wakefield, Jr.
297 East Paces Ferry Road
Suite 1006
Atlanta, GA 30305


Georgia Department of Revenue
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321-0000


Henry Schein, Inc.
80 Summit View Lane
Bastian, VA 24314


High Speed Capital, LLC
116 Nassau Street
Suite 804
New York, NY 10038


Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346


LHT North Atlanta, LLC
353 North Clark St.
Suite 3300
Chicago, IL 60654


Lendini
884 Town Center Drive
Langhorne, PA 19047


Neuronexus1, Inc.
227 Sandy Springs Place
Suite D236
Sandy Springs, GA 30328


Pawnee Leasing Corporation
3801 Automation Way
Suite 207
Fort Collins, CO 80526


Southern Anesthesia and Surgical
One Southern Court
West Columbia, SC 29169


The Fundworks, LLC
5990 N. Sepulveda Blvd.
Suite 310
Van Nuys, CA 91411

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Northern District of Georgia

**In re** Associated Oral Specialties, Inc.

Case No. _____

**Debtor**

Chapter <sup>11</sup> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 30,300.00_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 400.00_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☐ Debtor       ☑ Other (specify) Neuronexus 1, Inc.

3. The source of compensation to be paid to me is:

☑ Debtor       ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

A. prepare and file on behalf of the client all petitions, schedules, statements, plans, and other documents or pleadings;

B. attend and represent the client at all meetings of creditors, hearings, trials, conferences, and other proceedings, whether in or out of court;

C. provide legal advice to the client as to the rights, duties, and powers of the client as a debtor in possession in a chapter 11 case, and as to other matters arising in or related to the chapter 11 case; and

D. otherwise assist, advise, and represent the client on matters related to the chapter 11 case as requested by the client

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

  Adversary Proceedings Filed Against Debtor.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

01/14/2019

*Date*

/s/ Will Geer, 940493

*Signature of Attorney*

Wiggam & Geer, LLC

*Name of law firm*

50 Hurt Plaza, SW, Suite 1245
Atlanta, GA 30303
wgeer@wiggamgeer.com