**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Associated Oral Specialties, Inc., | ) | CASE NO. 19-50715-pwb |
| | ) | |
| Debtor. | ) | |

**FINAL ADMINISTRATIVE REPORT**

COMES NOW, the above-referenced Debtor and, pursuant to BLR 3022-1(b), files this their Final Administrative Expense Report.

1.

Debtor shows that the following administrative claims have been awarded or paid:

(1) Trustee Compensation            -0-

(2) Attorney for Trustee Compensation   -0-

(3) Attorney for Debtor Compensation    -$35,320.00 awarded for fees and $822.00 in expenses. Debtor has paid $23,738.00 to Debtor's Counsel. Debtor and attorney shall work out a payment arrangement for the remaining fee.

(4) Other Professional Compensation     -0-

(5) All expenses            Paid.

(6) Quarterly US Trustee Fees owed.    Will be paid subsequent to filing of this report if owed.

2.

Distributions under Debtor's confirmed Plan of Reorganization have commenced and the Plan or Reorganization has been "substantially consummated" as that term is defined in 11 U.S.C. §1101(2).

3.

An Application for Final Decree is submitted contemporaneously herewith.

Respectfully submitted this 9th day of October, 2020.

**Wiggam & Geer, LLC**

/s/ *Will B. Geer*
Will B. Geer
Georgia Bar No. 940493
Attorney for Debtor
50 Hurt Plaza, SE, Suite 1150
Atlanta, Georgia 30303
(678) 587-8740
(404) 287-2767 Facsimile
Email: wgeer@wiggamgeer.com

**Certificate of Service**

      This is to certify that I have this day filed a true and correct copy of the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following:

Office of the U.S. Trustee  
362 Richard B. Russell Federal Building  
75 Spring Street, SW  
Atlanta, Georgia 30303

This 9th of October, 2020

                    */s/ Will B. Geer*  
                    Will B. Geer  
                    Georgia State Bar No. 940493  
                    Attorney for Debtor  
                    50 Hurt Plaza, SE, Suite 1150  
                    Atlanta, Georgia 30303  
                    T: 678-587-8740  
                    F: 404-287-2767  
                    wgeer@wiggamgeer.com